# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-03153-RLY-TAB |
| ) | |
| ROMAN CATHOLIC ARCHDIOCESE ) | |
| OF INDIANAPOLIS, INC. and ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants the Roman Catholic Archdiocese of Indianapolis, Inc., and Roncalli High School, Inc., by and through their attorneys, hereby move this Court pursuant to Federal Rule of Civil Procedure 12(c) to enter judgment on the pleadings as to all Plaintiff's claims (Counts I-VI, Dkt. 1); *see* Dkt. 33 at 7 (Case Management Plan IV.A).

As more fully set forth in the attached supporting brief: (1) the alleged conduct is not proscribed by Title VII and IX; and (2) the claims are proscribed by First Amendment doctrines relating to (a) religious autonomy, (b) non-entanglement in religious questions, and (c) freedom of association.

In accordance with Local Rule 7-1(b)(1), this motion is accompanied by a supporting brief more fully setting forth the grounds of this motion. This motion is supported by the argument in that brief, the pleadings, attached exhibits properly considered under Rule 12(c), and any arguments that may be presented at any hearing in this matter. This motion is made in good faith and not for any improper or dilatory purpose.

Respectfully submitted,

By: /s/ Luke W. Goodrich
Luke W. Goodrich (DC # 977736)
Daniel H. Blomberg (DC # 1032624)
Christopher C. Pagliarella (DC # 273493)
The Becket Fund for Religious Liberty
1200 New Hampshire Ave NW
Suite 700
Washington, DC 20036
(202) 955-0095
(202) 955-0090 fax

John S. (Jay) Mercer, #11260-49
Paul J. Carroll, #26296-49
MERCER BELANGER
One Indiana Square, Suite 1500
Indianapolis, IN 46204
(317) 636-3551
(317) 636-6680 fax

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing has been served upon the following on March 24, 2020 by this Court's electronic filing system:

Kathleen A. DeLaney  
Christopher S. Stake  
DeLaney & DeLaney LLC  
3646 N. Washington Boulevard  
Indianapolis, IN  46205  
KDelaney@delaneylaw.net  
CStake@delaneylaw.net  

                                            By: /s/ Luke W. Goodrich  
                                            Luke W. Goodrich (DC # 977736)  
                                            The Becket Fund for Religious Liberty  
                                            1200 New Hampshire Ave NW  
                                            Suite 700  
                                            Washington, DC 20036  
                                            (202) 955-0095  
                                            (202) 955-0090 fax