# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-03153-RLY-TAB |
| | ) |
| ROMAN CATHOLIC ARCHDIOCESE | ) |
| OF INDIANAPOLIS, INC. and | ) |
| RONCALLI HIGH SCHOOL, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

> Motion denied for the reasons more fully set forth in Plaintiff's objection [Filng No. 65.] Multiple dispositive motions are disfavored and best avoided whenever possible.
>
> Tim A. Baker
> U.S. Magistrate Judge
> April 21, 2020

**MOTION FOR LEAVE TO FILE INITIAL SUMMARY JUDGMENT MOTION BASED ON THE MINISTERIAL EXCEPTION DEFENSE**

Defendants the Roman Catholic Archdiocese of Indianapolis and Roncalli High School, Inc. (collectively, "the Archdiocese"), by counsel, respectfully seek leave to file an initial motion for summary judgment based only on their ministerial-exception defense, while preserving their ability to file, if necessary, a second summary-judgment motion at a later date. Permitting an initial summary-judgment motion will conserve judicial resources and expedite this litigation by allowing the Court to consider all of the Archdiocese's threshold constitutional defenses together.

In support of this Motion, the Archdiocese states:

1. Pursuant to the Case Management Order at IV.A, Dkt. 33, the Archdiocese on March 24, 2020, filed a motion for judgment on the pleadings under Fed. R. Civ. P. 12(c), asserting threshold statutory and constitutional defenses under Title VII, Title IX, and the First Amendment—including the doctrine of religious autonomy, the limit on government entanglement in religious questions, and the defense of freedom of association. Dkt. 58; *see* Dkt. 59 (brief). Granting leave for the Archdiocese to file an initial summary-judgment motion based on its ministerial-exception defense will