# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:19-cv-03153-RLY-TAB |
| RONCALLI HIGH SCHOOL, INC., and ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC. | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER ON AGREED MOTION FOR MODIFICATION OF THE CASE MANAGEMENT ORDER

The Court has reviewed the parties' agreed motion to modify the Case Management Order, and GRANTS the following modification to Part IV.C:

 X  Track 2: Dispositive motions are expected and shall be filed by **September 24, 2020**; non-expert witness discovery and discovery relating to liability issues shall be completed by **August 31, 2020**; expert witness discovery and discovery relating to damages shall be completed by **November 1, 2020**. All remaining discovery shall be completed by **December 21, 2020.**

The depositions of the Plaintiff, Mr. Weisenbach, Dr. Hollowell, and the Archbishop shall be rescheduled for dates prior to August 31, 2020 and will take place in Indianapolis. If any of these witnesses is no longer living in Indianapolis at the time of the deposition, then Defendants are responsible for the witness's travel expenses associated with the deposition.

IT IS SO ORDERED.

Date: 6/16/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distrubution to all counsel of record via ECF.