UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, | ) |
| Plaintiff, | ) CAUSE NO.: 1:19-cv-03153-RLY-TAB |
| v. | ) |
| ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC. AND RONCALLI HIGH SCHOOL, INC., | ) |
| Defendants. | ) |

> Motion denied based on the pending Rule 72(a) appeal of the magistrate judge's ruling [Filing No. 42].
>
> Tim A. Baker
> U.S. Magistrate Judge
> 11/17/20

**PLAINTIFF'S MOTION TO LIFT COURT'S ORDER GRANTING STAY**

Plaintiff Lynn Starkey, by her attorneys, hereby submits her Motion to Lift the Court's Order Granting Stay, dated January 16, 2020 (Dkt. 52), and states as follows:

1. Plaintiff, Lynn Starkey, is a former guidance counselor who worked at Roncalli for 39 years. In May of 2019, Defendants informed Starkey that her contract was not being renewed due to her same-sex civil union, which she entered into in 2015. Starkey filed a Complaint against the Archdiocese and Roncalli on July 29, 2019, alleging violations of Title VII, Title IX, and state law business torts. (Dkt. 1).

2. Defendants filed their Answer on September 27, 2019. (Dkt. 20).

3. On November 7, 2019, Defendants filed a Motion to Bifurcate Discovery, seeking to limit initial discovery to the applicability of the ministerial exception, and to prevent further discovery until after a Court ruling on the ministerial exception. (Dkt. 25). Starkey opposed the motion and argued that the parties should proceed with unlimited discovery. (Dkt. 34). The Court denied Defendants' Motion to Bifurcate on December 20, 2019. (Dkt. 40). The Court said, "To permit bifurcation in such a scenario would result in unnecessary delay and multiple dispositive