UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC. and RONCALLI HIGH SCHOOL, INC.,<br><br>　　　Defendants. | Case No. 1:19-cv-03153-RLY-TAB<br><br>Motion granted in part. The deadline to complete liability discovery is enlarged to 12/4/2020, and the dispositive motion deadline is enlarged to 12/23/2020.<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>11/17/20 |

**DEFENDANTS' MOTION FOR MODIFICATION OF
CASE MANAGEMENT ORDER**

　　Defendants the Roman Catholic Archdiocese of Indianapolis and Roncalli High School, Inc. (collectively, "Archdiocese"), by counsel, move this Court to modify the Case Management Order in the interest of the parties and of judicial economy. Plaintiff Starkey opposes this Motion. In support of this Motion, the Archdiocese states:

　　1. Under the current Case Management Order, non-expert witness discovery and discovery relating to liability issues closed on October 30, 2020. (Dkt. 86) (Order on Agreed Motion for Modification).

　　2. The deadline for dispositive motions is currently November 24, 2020. *Id.* The deadline to complete expert discovery is January 4, 2021, and all other discovery must be completed by January 29, 2021, with a trial date of February 22, 2021. (Dkts. 35, 86).

　　3. The parties have not been able to reach full agreement on how discovery should proceed in this matter. One year ago, on November 7, 2019, the Archdiocese filed a motion to bifurcate discovery, requesting that initial discovery be limited to the applicability of the ministerial exception so that this threshold issue could be resolved at the outset of the case in accordance with the requirements of the First Amendment.

1