## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

LYNN STARKEY,         )
         )
    Plaintiff,     )
         )
   v.        )    Case No. 1:19-cv-03153-RLY-TAB
         )
ROMAN CATHOLIC ARCHDIOCESE )
OF INDIANAPOLIS, INC. and  )
RONCALLI HIGH SCHOOL, INC.,  )
         )
    Defendants.   )

## NOTICE OF APPEAL

Notice is hereby given today, November 20, 2020, that the Roman Catholic Archdiocese of Indianapolis, Inc., and Roncalli High School, Inc., defendants in the above named case, appeal to the United States Court of Appeals for the Seventh Circuit from the order of this Court entered on October 21, 2020, Dkt. 93, granting in part and denying in part Defendants' Motion for Judgment on the Pleadings. Defendants file this notice to preserve their right to appeal under the collateral order doctrine if their pending motion for certification for interlocutory appeal under 28 U.S.C. § 1292(b) is not granted. *See* Dkt. 95-1.

Respectfully submitted,

By: /s/ Luke W. Goodrich
Luke W. Goodrich (DC # 977736)
Daniel H. Blomberg (DC # 1032624)
Joseph C. Davis (DC #1047629)
Christopher C. Pagliarella (DC # 273493)
The Becket Fund for Religious Liberty
1200 New Hampshire Ave NW
Suite 700
Washington, DC 20036
(202) 955-0095
(202) 955-0090 fax

John S. (Jay) Mercer, #11260-49
FITZWATER MERCER
One Indiana Square, Suite 1500
Indianapolis, IN 46204
(317) 636-3551
(317) 636-6680 fax

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the following on November 20, 2020 by this Court's electronic filing system:

Kathleen A. DeLaney
Christopher S. Stake
DeLaney & DeLaney LLC
3646 N. Washington Boulevard
Indianapolis, IN 46205
KDelaney@delaneylaw.net
CStake@delaneylaw.net

By: /s/ Luke W. Goodrich
Luke W. Goodrich (DC # 977736)
The Becket Fund for Religious Liberty
1200 New Hampshire Ave NW
Suite 700
Washington, DC 20036
(202) 955-0095
(202) 955-0090 fax