# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 20, 2020

**To:**   Roger A. G. Sharpe
         District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3265
>
> Caption:
> LYNN STARKEY,
> Plaintiff - Appellee
>
> v.
>
> ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC.
> and RONCALLI HIGH SCHOOL, INC.,
> Defendants - Appellants

> District Court No: 1:19-cv-03153-RLY-TAB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
>
> Date NOA filed in District Court: 11/20/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)