# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-03153-RLY-TAB |
| | ) |
| ROMAN CATHOLIC ARCHDIOCESE | ) |
| OF INDIANAPOLIS, INC. and | ) |
| RONCALLI HIGH SCHOOL, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR ORAL ARGUMENT REGARDING THEIR MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants the Roman Catholic Archdiocese of Indianapolis and Roncalli High School, Inc. (collectively, "Archdiocese"), under Local Rule 7-5, respectfully move this Court to hold oral argument on the Archdiocese's Motion for Summary Judgment or, in the Alternative, Motion for Judgment on the Pleadings (Dkt. 114). In support of this motion, the Archdiocese states as follows:

1. The Archdiocese's motion presents important legal issues spanning several significant statutory and constitutional defenses.

2. The legal issues are of broad importance to religious organizations throughout the Seventh Circuit. Oral argument will help ensure that the Court is able to consider all aspects of the relevant legal doctrine and the full implications of its decision.

3. Oral argument will also give counsel for all parties the chance to address any lingering questions this Court may have following briefing.

Accordingly, the Archdiocese respectfully requests that this Court hold oral argument on its Motion for Summary Judgment or, in the Alternative, Motion for Judgment on the Pleadings.

Respectfully submitted.

| | |
|---|---|
| John S. (Jay) Mercer, #11260-49<br>FIZTWATER MERCER<br>One Indiana Square, Suite 1500<br>Indianapolis, IN 46204<br>(317) 636-3551<br>(317) 636-6680 fax | /s/ Luke W. Goodrich<br>Luke W. Goodrich (DC # 977736)<br>Daniel H. Blomberg (DC # 1032624)<br>Joseph C. Davis (DC # 1047629)<br>Christopher C. Pagliarella (DC # 273493)<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC 20006<br>(202) 955-0095<br>(202) 955-0090 fax |

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following on December 23, 2020 by this Court's electronic filing system:

Kathleen A. DeLaney
Christopher S. Stake
DeLaney & DeLaney LLC
3646 N. Washington Boulevard
Indianapolis, IN 46205

<u>By: /s/ Luke W. Goodrich</u>
Luke W. Goodrich
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
(202) 955-0095
(202) 955-0090 fax