UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LYNN STARKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CAUSE NO.: 1:19-cv-03153-RLY-TAB |
| ROMAN CATHOLIC ARCHDIOCESE | ) | |
| OF INDIANAPOLIS, INC. AND | ) | |
| RONCALLI HIGH SCHOOL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Lynn Starkey, having filed her Motion for Extension of Time to Respond to

Defendants' Motion for Summary Judgment or, in the Alternative, Motion for Judgment on the

Pleadings ("Motion for Summary Judgment") (Dkt. 117), and the Court, being duly advised,

now finds that the Motion should be and hereby is granted.

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's deadline to file her

Response to Defendants' Motion for Summary Judgment is hereby extended to February 17,

2021.

Date: 12/30/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF