UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-03153-RLY-TAB |
| ) | |
| ROMAN CATHOLIC ARCHDIOCESE ) | |
| OF INDIANAPOLIS, INC. and ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION
OF DEFENDANTS' MOTION FOR CERTIFICATION FOR
INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Defendants the Roman Catholic Archdiocese of Indianapolis and Roncalli High School, Inc. (collectively, "the Archdiocese") respectfully request that the Court expedite its consideration of Defendants' Motion for Certification for Interlocutory Appeal under 28 U.S.C. § 1292(b) (Dkt. 95) and resolve that motion by March 1, 2021. Plaintiff Starkey opposes this motion.

BACKGROUND

The Archdiocese filed its motion for certification on October 28, 2020 (Dkt. 95), and briefing was completed on November 16, 2020 (Dkt. 105). In the meantime, to prevent the irreparable loss of First Amendment rights, the Archdiocese also filed an appeal with the Seventh Circuit under the collateral order doctrine (Dkt. 108).

On November 23, 2020, the Seventh Circuit requested memoranda from both parties regarding its jurisdiction to entertain the appeal under the collateral-order doctrine. After reviewing those memoranda, the Seventh Circuit on January 13, 2021, set the case for full briefing on the merits and ordered the parties to "fully address in their respective briefs … the issue of appellate jurisdiction." The Archdiocese's

opening brief is now due on March 1, 2021, Plaintiff's brief is due on March 31, 2021, and the Archdiocese's reply is due on April 21, 2021. The Archdiocese also intends to seek a 30-day extension of the time to file its opening brief.

## ARGUMENT

Given the pending Seventh Circuit appeal and appellate briefing schedule, prompt resolution of the Archdiocese's certification motion would promote judicial economy in two ways.

*First*, because this Court has not yet certified its order for interlocutory appeal, the Seventh Circuit has ordered briefing both on the merits of the appeal and on the question of appellate jurisdiction under the collateral order doctrine. However, if this Court certifies its order for interlocutory appeal, and the Seventh Circuit grants permission to appeal, briefing and decision on the collateral order doctrine will be unnecessary—sparing both parties the need to brief the issue, and relieving the Seventh Circuit of having to decide the sometimes-complex question of collateral-order jurisdiction.

*Second*, granting certification expeditiously would ensure the Seventh Circuit has an immediate opportunity to consider the threshold defenses rejected in this Court's decision on the motion for judgment on the pleadings. The Seventh Circuit has already requested briefing on the merits of those threshold defenses. Any one of those defenses, if found meritorious by the Seventh Circuit, would dramatically narrow the issues in this litigation or, more likely, resolve this litigation in full. Thus, prompt certification would foster judicial economy by ensuring that this Court does not engage in further costly trial-level proceedings unnecessarily.

In short, this Court has already recognized that this case presents "difficult questions" about the application of "civil rights laws to religious institutions." Dkt. 93 at 1. Allowing the Seventh Circuit to resolve those questions via certification would further judicial economy for this Court, for the parties, and for the Seventh Circuit.

## CONCLUSION

The Archdiocese respectfully requests that the Court issue a ruling on Defendants' Motion for Certification for Interlocutory Appeal Under 28 U.S.C. § 1292(b) by March 1, 2021.

Respectfully submitted,

By: /s/ Luke W. Goodrich
Luke W. Goodrich (DC # 977736)
Daniel H. Blomberg (DC # 1032624)
Joseph C. Davis (DC #1047629)
Christopher C. Pagliarella (DC # 273493)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW,
Suite 400
Washington, DC 20006
(202) 955-0095
(202) 955-0090 fax

John S. (Jay) Mercer, #11260-49
Wooton Hoy, LLC
13 North State Street, #2A
Greenfield, IN 46140
(317) 439-0541
jmercer@wootonhoylaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following on February 9, 2021 by this Court's electronic filing system:

Kathleen A. DeLaney
Christopher S. Stake
DeLaney & DeLaney LLC
3646 N. Washington Boulevard
Indianapolis, IN 46205
KDelaney@delaneylaw.net
CStake@delaneylaw.net


                                              By: /s/ Luke W. Goodrich
                                              Luke W. Goodrich (DC # 977736)
                                              The Becket Fund for Religious Liberty
                                              1919 Pennsylvania Ave. NW,
                                              Suite 400
                                              Washington, DC 20006
                                              (202) 955-0095
                                              (202) 955-0090 fax