## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-03153-RLY-TAB |
| ) | |
| ROMAN CATHOLIC ARCHDIOCESE ) | |
| OF INDIANAPOLIS, INC. and ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

This matter is before the Court on Defendants' Motion to Expedite Consideration of Defendants' Motion for Certification for Interlocutory Appeal under 28 U.S.C. § 1292(b) (Dkt. 124), and Defendants' Motion for Certification for Interlocutory Appeal under 28 U.S.C. § 1292(b) (Dkt. 95). Having considered those motions, Plaintiff's response, Defendants' reply, and all supporting documents, the Court grants the motion to expedite and the motion for certification.

The Court hereby certifies the following questions for appeal:

(1) Whether Title VII's religious exemption bars only "claims of religious discrimination," Dkt. 93, at 7, or whether it also bars other claims of discrimination when the employment decision was based on the employee's "religious observance," "practice," or "belief." 42 U.S.C. § 2000e(j).

(2) Whether the church autonomy doctrine bars an employment-discrimination suit only when "the employee qualifies as a minister," Dkt. 93, at 18, or whether it also bars suits "[w]hen a church makes a personnel decision based on religious doctrine." *Bryce v. Episcopal Church in the Diocese of Colo.*, 289 F.3d 648, 660 (10th Cir. 2002).

(3) Whether the First Amendment right of expressive association extends to "the employment context." Dkt. 93, at 22.

Each question meets all of the requirements under 28 U.S.C. § 1292(b). Each is a "controlling question of law as to which there is substantial ground for difference of opinion," and "an immediate appeal from the order may materially advance the ultimate termination of the litigation." *Id.*; *see, e.g.*, *Kennedy v. St. Joseph's Ministries, Inc.*, 657 F.3d 189, 195 (4th Cir. 2011) (accepting certification of question as to scope of Title VII religious exemption); *Demkovich v. St. Andrew the Apostle Parish*, No. 16-cv-11576, 2019 WL 8356760 (N.D. Ill. May 5, 2019) (certifying question of scope of ministerial exception and staying discovery).

SO ORDERED.                     Signed: _____, 2021

_____
**Hon. Richard L. Young, United States District Judge**

Distribution to all counsel of record via ECF.