UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:19-cv-03153-RLY-TAB |
| ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC. and RONCALLI HIGH SCHOOL, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants submit as supplemental authority in support of their motion for summary judgment, or, in the alternative, motion for judgment on the pleadings (Dkt. 114), the attached order of dismissal in *Payne-Elliott v. Roman Catholic Archdiocese of Indianapolis*, No. 49D01-1907-PL-27728 (Ind. Super. Ct. May 7, 2021).

The plaintiff in *Payne-Elliott* was a language and social studies teacher at Cathedral High School in Indianapolis whose employment ended after he entered a same-sex union in violation of his contract and Catholic teaching. Compl. ¶¶ 6-24, *Payne-Elliott* (July 10, 2019).[1] Like Starkey, and represented by the same counsel, Payne-Elliott sued the Archdiocese. And like Starkey, he claimed that the Archdiocese tortiously interfered with his contract by "direct[ing]" the school to require its teachers to abide by Church teaching. *Id.* ¶¶ 25-37; *compare* Dkt. 1 at ¶¶ 78-92 (Starkey's allegations that the Archdiocese tortiously interfered with her contract by "directing Roncalli to implement a 'morals clause'" requiring her to abide by Church teaching).

---

[1] All *Payne-Elliott* documents are available on the trial court's docket, accessible here: https://public.courts.in.gov/mycase/#/vw/Search.

1

As in this case, the Archdiocese in *Payne-Elliott* moved to dismiss, arguing that penalizing the Archdiocese for its internal decision of Church governance and doctrine would violate multiple First Amendment protections: church autonomy, expressive association, and the ministerial exception. Mem. in Supp. of Mot. for J. on the Pleadings, *Payne-Elliott* (Jan. 26, 2021). On May 7, the *Payne-Elliott* court agreed and dismissed the case in its entirety.[2]

The dismissal in *Payne-Elliott* likewise supports dismissal of Starkey's state-law tortious-interference claims here. In addition to her Title VII claims, Starkey's complaint asserts—in Starkey's own words—"state law intentional interference claims on similar grounds" as those asserted in *Payne-Elliott*. Dkt. 17 at 5 n.3. Those claims must be dismissed for the same reason they were dismissed in *Payne-Elliott* and for the same reasons the Archdiocese has explained here—namely, the Archdiocese can't be punished, under Indiana tort law or otherwise, for conveying religious decisions about who can lead and transmit the faith in Catholic schools. Dkt. 114-1 at 30-31; *see also id.* at 34; Dkt. 59 at 24-26, 29-32.

---

[2] Although the Court did not issue an opinion, its order stated that the plaintiff's claims "fail pursuant to Rule 12(B)(1) of the Indiana Rules of Trial Procedure, for lack of subject matter jurisdiction and Rule 12(B)(6) of the Indiana Rules of Trial Procedure for failure to state a claim upon which relief can be granted." Order at 1. The Archdiocese invoked only Rule 12(B)(6) in support of its expressive association, ministerial exception, and statutory defenses; but it invoked both Rule 12(B)(1) and 12(B)(6) in support of its church autonomy defense. Mem. in Supp. of Mot. for J. on the Pleadings at 15 n.2, *Payne-Elliott* (Jan. 26, 2021). Thus, the Court's reliance on Rule 12(B)(1) indicates that, at minimum, it agreed with the Archdiocese's church autonomy defense.

|  |  |
|---|---|
|  | Respectfully submitted, |
| John S. (Jay) Mercer, #11260-49 | /s/ Luke W. Goodrich |
| Wooton Hoy, LLC | Luke W. Goodrich (DC # 977736) |
| 13 North State Street, #2A | Daniel H. Blomberg (DC # 1032624) |
| Greenfield, IN 46140 | Joseph C. Davis (DC # 1047629) |
| (317) 439-0541 | Christopher C. Pagliarella (DC # 273493) |
|  | The Becket Fund for Religious Liberty |
|  | 1919 Pennsylvania Ave NW, Ste. 400 |
|  | Washington, DC 20006 |
|  | (202) 955-0095 |
|  | (202) 955-0090 fax |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon the following on May 17, 2021, by this Court's electronic filing system:

Kathleen A. DeLaney
Christopher S. Stake
DeLaney & DeLaney LLC
3646 N. Washington Boulevard
Indianapolis, IN 46205

By: /s/ Luke W. Goodrich
Luke W. Goodrich
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW
Suite 400
Washington, DC 20006
(202) 955-0095
(202) 955-0090 fax

3

# Exhibit A

# *Payne-Elliott v. Roman Catholic Archdiocese of Indianapolis* Order

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-1907-PL-27728 |

JOSHUA PAYNE-ELLIOTT, )
    Plaintiff, )
v. )
     )
ROMAN CATHOLIC ARCHDIOCESE )
OF INDIANAPOLIS, INC., )
    Defendant. )

## ORDER ON MOTION TO DISMISS

This Court, after being duly advised in the premises, hereby **FINDS** and **ORDERS** as follows:

1. On December 10, 2020, the Indiana Supreme Court appointed and vest authority in the undersigned, including "authority to consider new and pending issues and reconsider previous orders in the case."
2. On January 26, 2021, the Defendant filed its Motion for Judgment on the Pleadings.
3. On March 1, 2021, the Plaintiff filed his Response in Opposition to Archdiocese's Motion for Judgment on the Pleadings.
4. The Court having received and reviewed all pleadings and memorandums in this matter hereby finds that the claims presented by Plaintiff Joshua Payne-Elliott against the Archdiocese fail pursuant to Rule 12(B)(1) of the Indiana Rules of Trial Procedure, for lack of subject matter jurisdiction and Rule 12(B)(6) of the Indiana Rules of Trial Procedure for failure to state a claim upon which relief can be granted.

IT IS THEREFORE ORDERED that the Complaint filed by the Plaintiff, Joshua Payne-Elliott, against the Defendants, Roman Catholic Archdiocese of Indianapolis, Inc., is hereby **DISMISSED**.

SO ORDERED, and SIGNED this 7th day of May, 2021.

HON. LANCE D. HAMNER, SPECIAL JUDGE

**Distribution:**
PARTIES OF RECORD