## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-03153-RLY-TAB |
| ) | |
| ROMAN CATHOLIC ARCHDIOCESE ) | |
| OF INDIANAPOLIS, INC. and ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

This matter is before the Court on Defendants' Motion to Continue Trial Date (Dkt. 135). Having considered the motion, the Court VACATES the current final pretrial conference setting of 7/28/2021 and trial setting of 8/9/2021. The final pretrial conference and trial will be rescheduled by subsequent order.

**SO ORDERED** this ___ day of _____, 2021.

_____
**Hon. Richard L. Young, Judge**
**United States District Court**
**Southern District of Indiana**

Distributed Electronically to Registered Counsel of Record