UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNN STARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CAUSE NO.: 1:19-cv-03153-RLY-TAB |
| ROMAN CATHOLIC ARCHDIOCESE ) | |
| OF INDIANAPOLIS, INC. AND ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF LYNN STARKEY'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION TO CONTINUE TRIAL DATE**

Plaintiff, Lynn Starkey, ("Starkey"), by counsel, files her response in opposition to Defendants' Motion to Continue Trial Date (Dkt. 135), and states as follows.

1. Plaintiff filed her Complaint on July 29, 2019. Dkt. 1. The trial in this case was originally scheduled to begin on February 22, 2021. Dkt. 35.

2. On January 14, 2021, the U.S. District Court of the Southern District of Indiana continued all in person jury trials until at least April 5, 2021, due to the COVID-19 pandemic.

3. On February 17, 2021, the Court rescheduled the jury trial in this case to begin on August 9, 2021, with the parties' agreement on selecting that date. Dkt. 128.

4. Defendants have filed a Motion for Summary Judgment/Alternative Motion for Judgment on the Pleadings, which is fully briefed and awaiting a ruling. Dkt. 114, 126, 132.

5. If the Court denies Defendants' dispositive motion, this case should proceed to trial as soon as possible. The trial has already been continued once due to COVID-19, and Starkey's case will have been pending for more than two years by the currently scheduled trial date.

6. Defendants' pending appeal, or future attempts to file interlocutory appeals, should not delay the trial date. Starkey has filed a motion to dismiss the current appeal with the Seventh Circuit Court of Appeals, because this Court declined to certify its prior order for interlocutory appeal, and the appeal does not meet the requirements of the collateral order doctrine. If Defendants attempt to file an interlocutory appeal out of a future ruling from this Court, they will first need to seek permission from both this Court and the Seventh Circuit before they are permitted to further appeal. Moreover, even if a future interlocutory appeal is certified by this Court and accepted by the Seventh Circuit, that would not automatically stay the trial date.

7. Defendants will not be deprived of any First Amendment arguments or defenses if this matter proceeds to trial before appellate resolution of any of Defendants' First Amendment defenses. If they have any grounds for another appeal, Defendants may appeal from an entry of final judgment.

WHEREFORE, Plaintiff Lynn Starkey respectfully requests that the Court deny Defendants' Motion to Continue Trial Date.

Date:   July 6, 2021                                Respectfully submitted,

*/s/ Christopher S. Stake*_____
Kathleen A. DeLaney (#18604-49)
Christopher S. Stake (#27356-53)
DELANEY & DELANEY LLC
3646 Washington Blvd.
Indianapolis, IN 46205

*Attorneys for Plaintiff Lynn Starkey*