UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LYNN STARKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03153-RLY-TAB |
| | ) | |
| ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC., and RONCALLI HIGH SCHOOL, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Having granted Defendants' Motion for Summary Judgment, the court now enters Final Judgment in favor of Defendants and against Plaintiff.

**SO ORDERED** this 11th day of August 2021.

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Doyle___
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.